ACCEPTED
03-15-00232-CR
7085170
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/24/2015 2:44:55 PM
JEFFREY D. KYLE
CLERK

## NO.   03-15-00232-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | 9/24/2015 2:44:55 PM |
| **VS.** | § | **3rd COURT** | JEFFREY D. KYLE<br>Clerk |
| | § | | |
| **ALICIA NICHOLE PEREZ** | § | **OF APPEALS** | |

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Alicia Nichole Perez., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. ALICIA NICOLE PEREZ, and numbered CR2012-603

3. Appellant was convicted of possession of a controlled substance.

4. Appellant was assessed a 4 years probation on 4/16/15.

5. Notice of appeal was given on 4/17/15.

6. The clerk's record was filed on 6/12/15; the reporter's record was filed on 7/17/15.

7. The appellate brief was due on 9/16/15

8. Appellant requests an extension of time of 30 days from the due date, i.e. 10/16/15.

9. One prior extension to file the brief has been received in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension: Counsel for appellant has carried a heavy workload of late. In addition to daily court settings, and several jury trials, she has filed appellate briefs in the following cases: *State v. Brandon Robisheaux*, No. 03-14-00329-CR filed 6/23/15 in the 3rd Court of Appeals; *State v. Emmett Banks*, No. 03-14-00742-CR filed 8/10/15 in the 14th Court of Appeals; and *Courven Thomas v. State*, No. 04-14-00756-CR filed 8/25/15 in the 4th Court of Appeals. Currently counsel is working on a brief in *State v. Robert Rodriguez*, No. 04-15-00204-CR due in the 4th Court of Appeals.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Schoon Law Firm
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657

By: _____
Susan Schoon
State Bar No. 24046803
E-Mail: susan@schoonlawfirm.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by facsimile transmission to 830-608-2008.

_____
Susan Schoon